✎Prob 12A
(Rev. 01/2020 - D/SC)

# United States District Court

**for**

**District of South Carolina**

---

## Report on Offender Under Supervision

**Name of Offender:** Steven Brian Leap **Case Number:** 2:21CR00323-002

**Name of Sentencing Judicial Officer:** The Honorable Bruce Howe Hendricks, United States District Judge

**Date of Original Sentence:** August 28, 2024

**Original Offense:** **Count One:** Conspiracy to Possess and Pass Counterfeit Currency, in violation of Title 18 U.S.C. §§ 371 and 2; and **Count Twelve:** Making Counterfeit Currency, in violation of Title 18 U.S.C. §§ 471 and 2

**Original Sentence:** The defendant was committed to the custody of the Bureau of Prisons for time served (1093 days) followed by 36 months supervised release. The fine is waived and the defendant shall pay the mandatory $200 special assessment fee and restitution in the amount of $8,889.66. The Court ordered the following special conditions: 1) You must participate in a cognitive-behavioral treatment program supervised by U.S. Probation and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity). Such programs may include group sessions led by a counselor or participation in a program administered by the probation office, 2) You must submit to substance abuse testing which includes testing for drugs and alcohol to determine if you have used a prohibited substance, 3) You must satisfactorily participate in and successfully complete an [inpatient/outpatient] substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity), 4) You must contribute to the cost of such program not to exceed the amount determined reasonable by the Court approved U.S. Probation Office's "Sliding Scale for Services," and you will cooperate in securing any applicable third-party payment, such as insurance or Medicaid, 5) You must pay any remaining unpaid restitution and fine balances imposed by the Court in minimum monthly installments of $50.00 to commence 30 days after release from custody (or following the imposition of sentence if a time served or probation case). The payments shall be made payable to "Clerk, U.S. District Court" and mailed to P.O. Box 835 Charleston, SC 29402. Interest on restitution ordered is waived. Payments shall be adjusted accordingly, based upon your ability to pay as determined by the Court, 6) You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer, 7) You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office, 8) You must be subject to placement in the Financial Litigation Unit Wage Garnishment program for the purpose of collecting restitution, if deemed necessary by the U.S. Probation Officer, 9) You shall be screened for participation in the REAL program and, if deemed eligible, you shall successfully complete the program, 10) The defendant is prohibited from any alcohol use while on supervision, and 11) The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** August 28, 2024

**Previous Court Action/Notification:** None

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **<u>Failure to Pay Remaining Unpaid Restitution</u>: The defendant is subject to the following condition: You must pay any remaining unpaid restitution balance imposed by the Court in minimum monthly installments of $50.00 to commence 30 days after release from custody (or following the imposition of sentence if a time served or probation case). The payments shall be made payable to 'Clerk, U.S. District Court' and mailed to P.O. Box (or street address) 835, Charleston, SC 29402. Interest on any restitution/fine ordered is waived. Payments shall be adjusted accordingly, based upon your ability to pay as determined by the Court.**<br><br>According to defendant's Offender Payment Enhanced Report Access (OPERA) account, no payments have been made towards restitution since July 2026. The defendant is currently $200.00 in arrears with a balance of $8,082.17. |

**U.S. Probation Officer Action:** The Financial Litigation Unit has been notified of defendant's arrearage, and it has been requested that he be placed in their wage garnishment program, with the goal of collecting the remaining restitution balance. It is respectfully recommended that the violation be held in abeyance. The defendant has been advised that a subsequent revocation hearing may be scheduled as a result of the violation.

Respectfully Submitted,

By: *Christian M. Chamberlain*
Christian M. Chamberlain
U.S. Probation Officer
Charleston Office

Date: November 18, 2026

Reviewed and Approved By:

*LaSheika S. VanDyke*
LaSheika S. VanDyke
Supervising U.S. Probation Officer

| | |
|---|---|
| X | Agree with Probation Officer's recommendation |
| | Submit a Request for Modifying the Condition or Term of Supervision |
| | Submit a Request for Warrant or Summons |
| | Other |

Bruce H. Hendricks

Bruce Howe Hendricks
United States District Judge

November 18, 2026
Date